Jacob W. Hippensteel
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorney for Plaintiffs
Juan Vazquez and Violeta Vazquez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JUAN VAZQUEZ, and VIOLETA VAZQUEZ<br><br>Plaintiffs,<br><br>v.<br><br><br>HOLIDAY INN CLUB VACATIONS INC. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 1:21-cv-00677-DAE<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs Juan Vazquez and Violeta Vazquez, by and through undersigned counsel, hereby notify the Court that Plaintiffs have reached a settlement in the above-referenced matter with Experian Information Solutions, Inc. and Holiday Inn Club Vacations Inc. ("Defendants"). Plaintiffs and Defendants are in the process of finalizing the settlement, whereupon Plaintiffs will move for dismissal with prejudice. Plaintiffs anticipate that the settlement and dismissal of claims against Defendants will be finalized within the next sixty (60) days. Plaintiffs' have now reached settlements with all defendants.

Respectfully submitted August 1, 2022

MCCARTHY LAW, PLC

By: *Jacob W. Hippensteel*

                                                            Jacob W. Hippensteel
                                                            Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

                                          _/s/ Jacob W. Hippensteel_