IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUAN VAZQUEZ AND VIOLETA VAZQUEZ, | § § § § § § § § § § § § § | No. 1:21-CV-677-DAE |
| Plaintiff, | | |
| vs. | | |
| HOLIDAY INN CLUB VACATIONS INC., AND EXPERIAN INFORMATION SOLUTIONS, INC. | | |
| Defendants. | | |

ORDER REOPENING CASE AND
AMENDED ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is: (1) Plaintiffs and Defendant Holiday Inn Club Vacations, Inc.'s Stipulation of Dismissal with Prejudice (Dkt. # 19); and (2) Plaintiffs and Defendant Experian Information Solutions, Inc.'s Stipulation for Dismissal with Prejudice (Dkt. # 21).  The Stipulations inform the Court that the parties seek to dismiss with prejudice all claims in this suit.  (Id.)  Because the case was inadvertently closed, the Clerk's Office is **INSTRUCTED** to **REOPEN** the case.  Thereafter, the Court hereby **ORDERS** that the case be **DISMISSED WITH PREJUDICE** against all Defendants in accordance with the parties' joint Stipulations, with each party to bear their own fees and costs.  The Clerk's Office is thereafter **INSTRUCTED** to **RE-CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, November 1, 2022.

_____
David Alan Ezra
Senior United States District Judge